PHILLIP A. TALBERT
United States Attorney
VINCENZA RABENN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

FILED
MAR 8 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RICHARD JACK ORMOND <br> LESLIE HOOD <br> SHARRON AYCOCK, <br><br> Defendants. | CASE NO. 1:17-CR-00040-DAD-BAM <br><br> ORDER TO UNSEAL INDICTMENT |

It is hereby ORDERED that the Indictment in the above-captioned case is UNSEALED.

Dated: March 8, 2017

HON. STANLEY A. BOONE
UNITED STATES MAGISTRATE JUDGE

MOTION TO UNSEAL

1