PHILLIP A. TALBERT
United States Attorney
VINCENZA RABENN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>RICHARD JACK ORMOND<br>LESLIE HOOD<br>SHARRON AYCOCK,<br><br>                    Defendants. | CASE NO. 1:17-CR-00040-DAD-BAM<br><br>ORDER TO UNSEAL INDICTMENT |

It is hereby ORDERED that the Indictment in the above-captioned case is UNSEALED.

Dated: March 8, 2017

HON. STANLEY A. BOONE
UNITED STATES MAGISTRATE JUDGE

FILED
MAR 8 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

MOTION TO UNSEAL                           1