PHILLIP A. TALBERT
United States Attorney
VINCENZA RABENN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD JACK ORMOND<br>LESLIE HOOD<br>SHARRON AYCOCK,<br><br>Defendant. | CASE NO. 1:17-CR-00040-DAD-BAM<br><br>STIPULATION REGARDING DISCLOSURE OF SENSITIVE MATERIAL |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Eastern District of California, and defendants RICHARD JACK ORMOND, LESLIE HOOD and SHARRON AYCOCK ("defendants"), by and through their counsel of record, Pete Jones, John F. Garland, and Scott Quinlan, respectively, hereby file this Stipulation Regarding Disclosure of Sensitive Materials and Personal Identification Information.

1.  The government possesses, or may come to possess, recordings, documents, reports, or other materials the disclosure of which may ordinarily be required by the government's Rule 16, Jencks Act, Brady or other discovery obligations, but the dissemination of which could pose a serious risk to certain defendants, witnesses, or the confidentiality of an ongoing investigation (the "Sensitive Materials").

2.  The government will mark all Sensitive Materials with the following stamp or

1

inscription: "ATTORNEYS EYES ONLY"

3. If the government distributes any document, compact disk, or other material bearing the above label, defense counsel and defendants agree to the following as to such material:

 a. Defense counsel shall not distribute Sensitive Materials to anyone other than his own legal staff (including paralegal assistants, legal secretaries, defense investigators, and lawyer-associates);

 b. Defense counsel shall not allow anyone other than himself, or his legal staff to possess, or maintain possession of, any Sensitive Materials;

 c. Defense counsel shall not disclose Sensitive Materials to Defendants.

 d. Defense counsel may not disclose the contents of any Sensitive Materials publicly, including in any court filing, without first conferring with government counsel and, in any event, shall file any Sensitive Materials under seal.

4. The parties agree to confer before filing any motions regarding the government's disclosure (or lack of disclosure) of Sensitive Materials.

5. Accordingly, the parties respectfully request that the Court adopt, and agree to be bound by, the corresponding protective order.

6. By signing this stipulation, the parties agree to be bound by the above terms, and those of the accompanying proposed order, before and after the Court executes and enters that order.

7. By signing this stipulation, counsel for defendant represents that he has discussed the contents of this stipulation and proposed order with defendant, and that defendant has no objection to this stipulation and the relief requested in the proposed order.

Dated: October 4, 2017        PHILLIP A. TALBERT
                   United States Attorney

               By: /s/ VINCENZA RABENN
                  VINCENZA RABENN
                  Assistant United States Attorney

Dated: 10/4/17                                    /s/ John F. Garland
                                                  JOHN F. GARLAND
                                                  Attorney for Defendant

Dated: 10/4/17                                    /s/ Scott Quinlan
                                                  SCOTT QUINLAN
                                                  Attorney for Defendant

Dated: 10/4/17                                    /s/ Pete Jones
                                                  PETE JONES
                                                  Attorney for Defendant

PHILLIP A. TALBERT
United States Attorney
VINCENZA RABENN
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:17-CR-00040-DAD-BAM |
|---|---|
| Plaintiff, | |
| v. | ORDER REGARDING GOVERNMENT'S DISCLOSURE OF SENSITIVE MATERIALS |
| RICHARD JACK ORMOND<br>LESLIE HOOD<br>SHARRON AYCOCK, | |
| Defendant. | |

The Court has received and considered the jointly-filed Stipulation Regarding Disclosure of Sensitive Materials and Personal Identifying Information between Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Eastern District of California, and defendants RICHARD JACK ORMOND, LESLIE HOOD, and SHARRON AYCOCK by and through their counsel of record, Pete Jones, John F. Garland, and Scott Quinlan, respectively.

Good cause showing, IT IS HEREBY ORDERED THAT:

1. The government will identify the discovery materials in this case the disclosure of which could jeopardize the safety of witnesses or other persons or affect the confidentiality of ongoing investigations (the "Sensitive Materials").

2. The government will mark all Sensitive Materials with the following stamp or

inscription: "ATTORNEYS EYES ONLY"

3. If the government distributes any document, compact disk, or other material bearing the above label, defense counsel and defendant agree to the following as to such material:

    a. Defense counsel shall not distribute Sensitive Materials to anyone other than his own legal staff (including paralegal assistants, legal secretaries, defense investigators, and lawyer-associates);

    b. Defense counsel shall not allow anyone other than himself and his legal staff to possess, or maintain possession of, any Sensitive Materials;

    c. Defendant shall not have access to the sensitive materials;

    d. Defense counsel may not disclose the contents of any Sensitive Materials publicly, including in any court filing, without first meeting and conferring with government counsel, and, in any event, shall file any Sensitive Materials under seal.

4. The parties must confer before filing any motions regarding the government's disclosure (or lack of disclosure) of Sensitive Materials.

5. At the conclusion of this matter, defense counsel will collect and destroy any and all copies of documents and portions thereof marked as "Attorneys Eyes Only" that defense counsel possesses and/or has made and distributed to their agents, except a copy set as necessary to maintain in defense counsel's case file.

IT IS SO ORDERED.

Dated: **October 4, 2017**　　　　　／s／ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE